AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CARL FINN,

                Plantiff,

V.

NEW YORK STATE OFFICE OF MENTAL HEALTH -- ROCKLAND PSYCHIATRIC CENTER, JEROME FORMAN, OSMOND CLARKE, NIRANJANA PATEL and NEW YORK STATE OFFICE OF MENTAL HEALTH.

                Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

    New York State Office of Mental Health--Rockland Psychiatric Center,
    140 Old Orangeburg Road, Orangeburg, New York 10962;
    New York State Office of Mental Health, 44 Holland Avenue, Albany,
    New York 12229;
    Jerome Forman; Osmond Clarke; Niranjana Patel

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Yuen Roccanova Seltzer & Sverd LLP
    132 Nassau Street, Suite 1300
    New York, New York 10038

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 4 2008

CLERK                                               DATE

*[signature]*

(By) DEPUTY CLERK

Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CARL FINN,

            Plaintiff,

  -against-                                      AFFIDAVIT OF SERVICE
                                                            08 CIV 5142

NEW YORK STATE OFFICE OF MENTAL
HEALTH-ROCKLAND PSYCHIATRIC CENTER, et al.,

            Defendant.
-------------------------------------------------X
STATE OF NEW YORK    )
                            S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 10TH day of July, 2008, at approximately the time of 4:03P.M., deponent served a copy of the SUMMONS AND VERIFIED COMPLAINT AND INDIVIDUAL RULES OF UNITED STATES DISTRICT JUDGE KARAS AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX AND SOUTHERN DISTRICT OF NEW YORK ELECTRONIC CASE FILING RULES AND INSTRUCTIONS upon New York State Office of Mental Health at 44 Holland Avenue, Albany, N.Y., by personally delivering and leaving the same with PETER A. DURFEE who informed deponent that he holds the position of DEPUTY COUNSEL LITIGATION with that department and is authorized by appointment to receive service at that address.

        PETER A. DURFEE is a white male approximately 54 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 220 pounds with balding brown hair and brown eyes.

_____
DEBORAH LaPOINTE

Sworn to before me this
11TH day of July, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 20/0

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARL FINN,

        Plaintiff(s),　　　　　　　　　　　　　　　Case No. 08 CV 5142

   -against-　　　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

NEW YORK STATE OFFICE OF MENTAL
HEALTH – ROCKLAND PSYCHIATRIC CENTER, ET AL.,

        Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK　）
　　　　　　　　　　　S.S.
COUNTY OF ROCKLAND　）

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of July, 2008, at approximately the time of 4:10 PM, deponent served a true copy of the SUMMONS, VERIFIED COMPLAINT, IDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, INDIVIDUAL RULES OF HON. KENNETH M. KARAS AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS upon NEW YORK STATE OFFICE OF MENTAL HEALTH – ROCKLAND PSYCHIATRIC CENTER at 140 Old Orangeburg Road, Building 57, Orangeburg, New York 10962, by personally delivering and leaving the same with EDWIGE PIERRE, who informed deponent that she is a Mental Health Therapy Aide authorized by NEW YORK STATE OFFICE OF MENTAL HEALTH – ROCKLAND PSYCHIATRIC CENTER to receive service at that address.

        EDWIGE PIERRE is a black female, approximately 26 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 110 pounds with black hair and dark brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
21st day of July, 2008

_____
NOTARY PUBLIC



D.L.S., Inc.
145 S. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARL FINN,

        Plaintiff(s),　　　　　　　　　　　　　　Index No. 08 CV 5142

   -against-　　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

NEW YORK STATE OFFICE OF MENTAL
HEALTH – ROCKLAND PSYCHIATRIC CENTER, ET AL.,

        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
　　　　　　　　　　　 S.S.
COUNTY OF ROCKLAND )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 15TH day of July, 2008, at approximately 10:50 AM, deponent served a true copy of the SUMMONS, VERIFIED COMPLAINT, IDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, INDIVIDUAL RULES OF HON. KENNETH M. KARAS AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS upon OSMOND CLARKE at 113 Country Club Lane, Pomona, New York, by personally delivering and leaving the same with OSMOND CLARKE at that address. At the time of service, deponent asked OSMOND CLARKE whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        OSMOND CLARKE is a black male, approximately 35 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 185 pounds with black hair, mustache and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
16th day of July, 2008

_____
NOTARY PUBLIC

NOTARY PUBLIC
QUALIFIED IN ROCKLAND
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARL FINN,

        Plaintiff(s),

        -against-

NEW YORK STATE OFFICE OF MENTAL
HEALTH – ROCKLAND PSYCHIATRIC CENTER, ET AL.,

        Defendant(s).
------------------------------------------------------------------X

Case No. 08 CV 5142

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of July, 2008, at approximately the time of 4:10 PM, deponent served a true copy of the SUMMONS, VERIFIED COMPLAINT, IDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, INDIVIDUAL RULES OF HON. KENNETH M. KARAS AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS upon JEROME FORMAN at Rockland Psychiatric Center, 140 Old Orangeburg Road, Building 57, Orangeburg, New York 10962, by personally delivering and leaving the same with EDWIGE PIERRE, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if JEROME FORMAN is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        EDWIGE PIERRE is a black female, approximately 26 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 110 pounds with black hair and dark brown eyes.

D.L.S., Inc.
145 S. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

       That on the 21st day of July, 2008, deponent served another copy of the foregoing upon JEROME FORMAN by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of White Plains and State of New York, addressed as follows:

JEROME FORMAN
Rockland Psychiatric Center
140 Old Orangeburg Road, Building 57
Orangeburg, New York 10962

_____
DAVID KSIAZEK #0974523

Sworn to before me this
21st day of July, 2008

_____
NOTARY PUBLIC

NOTARY PUBLIC
NO. 02...
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20 _10_

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARL FINN,

        Plaintiff(s),　　　　　　　　　　　　　Case No. 08 CV 5142

  -against-　　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

NEW YORK STATE OFFICE OF MENTAL
HEALTH – ROCKLAND PSYCHIATRIC CENTER, ET AL.,

        Defendant(s).
-------------------------------------------------------------------X
STATE OF NEW YORK  )
                          S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of July, 2008, at approximately the time of 4:10 PM, deponent served a true copy of the SUMMONS, VERIFIED COMPLAINT, IDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, INDIVIDUAL RULES OF HON. KENNETH M. KARAS AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS upon NIRANJANA PATEL at Rockland Psychiatric Center, 140 Old Orangeburg Road, Building 57, Orangeburg, New York 10962, by personally delivering and leaving the same with EDWIGE PIERRE, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if NIRANJANA PATEL is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        EDWIGE PIERRE is a black female, approximately 26 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 110 pounds with black hair and dark brown eyes.

D.L.S., Inc.
145 S. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

That on the 21st day of July, 2008, deponent served another copy of the foregoing upon NIRANJANA PATEL by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of White Plains and State of New York, addressed as follows:

NIRANJANA PATEL
Rockland Psychiatric Center
140 Old Orangeburg Road, Building 57
Orangeburg, New York 10962

DAVID KSIAZEK #0974523

Sworn to before me this
21st day of July, 2008

NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4860...
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20__