UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CARL FINN,                                                                                filed electronically

                    Plaintiff,

             v.                                                                       08-CV-5142 (KMK)(MDF)

NEW YORK STATE OFFICE OF MENTAL
HEALTH - ROCKLAND PSYCHIATRIC                        **NOTICE OF APPEARANCE**
CENTER, JEROME FORMAN, OSMOND
CLARKE, NIRANJANA PATEL AND
NEW YORK STATE OFFICE OF MENTAL
HEALTH,

                    Defendants.
----------------------------------------------------------X

      **To the Clerk of the Court and all Parties of Record:**

The undersigned hereby enters their appearance for defendants.

I certify that I am admitted to practice in this court.

Dated: New York, New York
          August 8, 2008

                                                                       s/
                                             Joanne Skolnick (JS7723)
                                             Assistant Attorney General
                                             State of New York
                                             Office of the Attorney General
                                             120 Broadway   24th floor
                                             New York, New York 10271
                                             212-416-8556
                                             Joanne.Skolnick@oag.state.ny.us